AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

STEVE HAGBERG

**SUMMONS IN A CIVIL CASE**

V.

T&A CONTRACTORS, INC., et al.

CASE     AW 08 CV 2873

TO: (Name and address of Defendant)

T&A CONTRACTORS, INC.
c/o Andrew Weinberg, Resident Agent
4512 Burtonsville Road
Burtonsville, MD 20866

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neil S. Hyman, Esquire
Selzer Gurvitch Rabin & Obecny, Chtd.
4416 East West Highway, Suite 400
Bethesda, MD 20814

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

10/29/08

CLERK

DATE

_Katie Nader_

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

STEVE HAGBERG

**SUMMONS IN A CIVIL CASE**

V.

T&A CONTRACTORS, INC., et al.

CASE    AW 08 CV 2873

TO: (Name and address of Defendant)

SUNDECK SUPPLY, INC.
c/o Andrew Weinberg, Resident Agent
4512 Burtonsville Road
Burtonsville, MD 20866

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neil S. Hyman, Esquire
Selzer Gurvitch Rabin & Obecny, Chtd.
4416 East West Highway, Suite 400
Bethesda, MD 20814

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK

DATE    10/29/08

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

STEVE HAGBERG

**SUMMONS IN A CIVIL CASE**

V.

T&A CONTRACTORS, INC., <u>et al.</u>

CASE    AW 08 CV 2873

TO: (Name and address of Defendant)

Andrew Weinberg
4512 Burtonsville Road
Burtonsville, MD 20866

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neil S. Hyman, Esquire
Selzer Gurvitch Rabin & Obecny, Chtd.
4416 East West Highway, Suite 400
Bethesda, MD 20814

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK

DATE    10/29/08

(By) DEPUTY CLERK