## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Steve Hagberg
Plaintiff(s)

Case Number: AW 08CV2873

vs

Andrew Weinberg
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Cordis A. McCain, hereby certify that on December 11, 2008 at 11:55 AM, I executed service of process upon **ANDREW WEINBERG** at 4512 Sandy Spring Rd, Burtonsville, MD 20866 by delivering to and leaving with personally, copies of Summons and Complaint.

Andrew Weinberg is described as a White Male, approximately 5' 11" tall, 200-225 pounds, Blue eyes, Brown hair, and 51 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of age, Date of Birth 5/28/46; and that I am not a party to this action.

The cost of service is $65.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 12, 2008.

Date December 12, 2008.

_____
Cordis A. McCain

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 12, 2008.

_____
My Commission Expires: 10-31-2011

Ref.# 84613